*408-15*

# ELECTRONIC RECORD

COA #   11-13-00054-CR           OFFENSE:  21.1

STYLE:  **Mark Joseph Shumski v.
The State of Texas**          COUNTY:  Wise

COA DISPOSITION:     AFFIRMED          TRIAL COURT:  271st District Court

DATE: 3/05/15          Publish: NO   TC CASE #:     CR16247


## IN THE COURT OF CRIMINAL APPEALS

STYLE:  **Mark Joseph Shumski
v. The State of Texas**          CCA #:  **PD-0408-15**

_APPELLANT'S_     Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_refused_          JUDGE: _____

DATE: _July 29, 2015_          SIGNED: _____          PC: _____

JUDGE: _PC_          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____


**ELECTRONIC RECORD**